UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    WILLIAM S SINGLE  
    DEBRA I SINGLE  
          Debtor(s)

Case No. 09-37454

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/08/2009.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 01/28/2010.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLIED CREDIT | Unsecured | 512.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 2,262.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 627.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| AR CONCEPTS | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| AS KERPE MD | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 759.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PATHOLOGISTS/JOLIET | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| BLUE CROSS BLUE SHIELD | Unsecured | 1,109.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,867.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| CHRYSLER FINANCIAL SVC AMERIC | Secured | 1,128.00 | NA | NA | 0.00 | 0.00 |
| CHRYSLER FINANCIAL SVC AMERIC | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS | Unsecured | 694.00 | NA | NA | 0.00 | 0.00 |
| COLLECT AMERICA | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 3,548.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 30,612.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Unsecured | 19,570.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 844.00 | NA | NA | 0.00 | 0.00 |
| DR ROBERT C GALLEE AND ASSOC | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| ELDER LAW CENTER | Unsecured | 4,036.00 | NA | NA | 0.00 | 0.00 |
| ER PHYSICIAN SERVICES | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| EVERHOME MORTGAGE CO | Secured | 25,400.00 | NA | NA | 0.00 | 0.00 |
| EVERHOME MORTGAGE CO | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 12,373.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 5,133.00 | NA | NA | 0.00 | 0.00 |
| FOX METRO WATER REC DISTRICT | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| GUARDIAN ANESTHESIA | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| H&F LAW | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 1,085.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF HEALTHCARE & FAMILY | Unsecured | 2,435.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 85,779.00 | NA | NA | 0.00 | 0.00 |
| KANE COUNTY TREASURER | Secured | 5,200.00 | NA | NA | 0.00 | 0.00 |
| KANE COUNTY TREASURER | Secured | 5,599.00 | NA | NA | 0.00 | 0.00 |
| KANE COUNTY TREASURER | Secured | 3,700.00 | NA | NA | 0.00 | 0.00 |
| KANE COUNTY TREASURER | Secured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| KOHLS | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| MEDIACOM | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| MICKEY WILSON WEILER ET AL | Unsecured | 4,037.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 2,660.00 | NA | NA | 0.00 | 0.00 |
| NAPA AUTO PARTS | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,414.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 504.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 394.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,123.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 735.00 | NA | NA | 0.00 | 0.00 |
| OBERWEIS DAIRY | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PROACTIVE | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| ROSSMAN & COMPANY | Unsecured | 1,130.00 | NA | NA | 0.00 | 0.00 |
| ST CHARLES FOOT AND ANKLE CTR | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| STATE DISBURSEMENT UNIT | Priority | 2,425.00 | NA | NA | 0.00 | 0.00 |
| STATE DISBURSEMENT UNIT | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| SUGAR GROVE CHIROPRACTIC HEAL | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| THE GEOCARIS LAW FIRM | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| TRI CITY RADIOLOGY | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Unsecured | 1,215.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SUGAR GROVE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/07/2010         By: /s/ Glenn Stearns
                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**